**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KRISTEN BEHRENS, Esquire, as Administrator of the Estate of H.J., a Deceased Minor** | : | **CIVIL ACTION** |
| **v.** | : | |
| **United States of America** | : | **NO. 25-6575** |

**ORDER**

**NOW**, this 27th day of August, 2026, upon considerations of the defendant's Memorandum of Law in Support of Motion to Dismiss (Doc. No. 10-1), and plaintiff's response, it is **ORDERED** that the motion is **DENIED**.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.